UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FREDRICK LEON TUCKER** ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:09-0623 |
| ] | Judge Trauger |
| **JOSEPH EASTERLING, WARDEN** ] | |
|     Respondent. ] | |

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds that the petitioner's habeas corpus petition, as amended (Docket Entry Nos. 1 and 20), has no merit. Therefore, the amended petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

Entry of this order shall constitute the final judgment in this action.

It is so ORDERED.

                                              Aleta A. Trauger
                                              United States District Judge