# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **FREDRICK LEON TUCKER** | ] | |
| **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **No. 3:09-0623** |
| | ] | **Judge Trauger** |
| **JOSEPH EASTERLING, WARDEN** | ] | |
| **Respondent.** | ] | |

# O R D E R

Presently pending before the Court is a Motion (Docket Entry No. 36) from the petitioner asking for leave to "properly supplement the original Certificate of Appealability".

On two previous occasions, the Court has considered the issuance of a Certificate of Appealability and has concluded that a Certificate of Appealability should not issue. *See* Docket Entry Nos. 28 and 33. There is no reason to believe that reasonable jurists would find the dismissal of this action debatable. Therefore, the Court finds no merit in the petitioner's Motion and said Motion is hereby DENIED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge